IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

MATTHEW I. ZIMMERMAN,

    Plaintiff,

v.                                                                         2:24-CV-88-Z-BR

BRYAN THOMAS, *et al.*,

    Defendants.

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION**

Before the Court are the findings, conclusions, and recommendation of the United States Magistrate Judge to dismiss this case for failure to prosecute. No objections to the findings, conclusions, and recommendation have been filed. After making an independent review of the pleadings, files, and records in this case, the District Judge concludes that the findings, conclusions, and recommendation of the Magistrate Judge are correct. ECF No. 6. It is therefore **ORDERED** that the findings, conclusions, and recommendation of the Magistrate Judge are **ADOPTED** and this case is hereby **DISMISSED** without prejudice.

Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 4) is therefore **DENIED** as **MOOT**.

**SO ORDERED**.

July 25, 2024.

                                                      MATTHEW J. KACSMARYK
                                                      UNITED STATES DISTRICT JUDGE